LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

PATIENCE JONES
KARIN KLAPPER ORENSTEIN
DIANA J. NEHRO
CAROLYN BARTH RENZIN
LARA M. SHALOV
PEGGY M. CROSS
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
GLEN KOPP

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2006 ★

**BROOKLYN OFFICE**

**BY HAND**

June 28, 2006

Honorable Jack B. Weinstein
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

*On Consent, grant permission for modification so ordered 6/29/06*

s/Jack B. Weinstein

Re: United States v. Edward Smith, cr. 06-173 (JBW)

Dear Judge Weinstein:

I write to seek a modification of the bail conditions for Ed Smith in the above-captioned case. Mr. Smith's current geographic limits are the Southern and Eastern Districts of New York. He seeks permission to vacation with his family in Greene County, near Albany, in July. If permission is granted, he would report weekly to his Pre-trial Services Officer, Donna Mackey. Ms. Mackey and AUSA Jed Davis consent to this proposed modification.

Sincerely,

Paul Shechtman

PS:ein
cc: AUSA Jed Davis
Pre-trial Sevices Officer Donna Mackey